UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **LEON MCDONALD #293623** | **CASE NO. 3:20-CV-01388 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **JERRY GOODWIN** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections having been filed, and finding that the same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Petitioner's Petition for Writ of Habeas Corpus, [doc. # 1], be **DENIED and DISMISSED WITH PREJUDICE**.

MONROE, LOUISIANA this 17th day of May, 2021.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE